DENNIS W. RIHN, ESQ. (SBN 126233)
ATTORNEY AT LAW
215 North Marengo Avenue, Third Floor
Pasadena, CA 91101
Telephone: (626) 396-1545
Email: D.Rihn@att.net

NINA J. BAUMLER, ESQ. (SBN 256728)
THE LAW OFFICE OF NINA BAUMLER
840 Apollo Street, Suite 311
El Segundo, CA 90245
Telephone: (424) 269-0624
Email: nina@baumlerlaw.com

Attorneys for Plaintiff Elvira Rampula

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELVIRA RAMPULA,<br><br>    Plaintiff,<br><br>vs.<br><br>JAMES MCGEE and JENNIFER MCGEE,<br><br>    Defendants | CASE NO. 2:16-cv-03819-DMG-JEM<br><br>[~~PROPOSED~~] PROTECTIVE ORDER BASED UPON STIPULATION<br><br>DISTRICT JUDGE: THE HONORABLE DOLLY M. GEE<br><br>MAGISTRATE JUDGE: THE HONORABLE JOHN E. MCDERMOTT |

1

_____

[Proposed] Protective Order

[~~PROPOSED~~] ORDER

Based upon the stipulation of the parties, and good cause appearing:

IT IS ORDERED:

1. Defendants James and Jennifer McGee shall produce all documents responsive to requests for production no. 7.

2. Plaintiff's attorneys shall not disclose such records (with the exception of records showing the hours worked by Elvira Rampula and Rico Canlas) to any third party without first giving defense counsel of record 30 days advance notice in writing of the intent to disclose such records.

3. During said 30 day notice period specified in the preceding paragraph, Defendants may seek to limit the disclosure of such items by agreement with Plaintiff's counsel or by appropriate requests made to the Court.

4. This stipulation does not require advance notice that documents subject to this stipulation will be used by any party as trial exhibits and such items may be included in exhibit notebooks without advance notice.

DATED: January 12, 2017

_____
THE HONORABLE JOHN E. MCDERMOTT, MAGISTRATE JUDGE OF THE UNITED STATES DISTRICT COURT