1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ELVIRA RAMPULA,                          )          CASE NO.: CV 16-3819-DMG (JEMx)
                                         )
              Plaintiff,                 )
                                         )          ORDER RE DISMISSAL OF ENTIRE
      vs.                                )          ACTION WITH PREJUDICE [65]
                                         )
JAMES   MCGEE   and   JENNIFER )
MCGEE,                                   )
                                         )
              Defendants                 )
                                         )
_____)

      Based upon the parties' stipulation, and good cause appearing,

      IT IS ORDERED that the entire action is dismissed with prejudice subject to the

Court's retention of jurisdiction to enforce the terms of the parties' confidential

settlement agreement.

DATED: February 17, 2017                   _____
                                           DOLLY M. GEE
                                           UNITED STATES DISTRICT JUDGE

1